**HAUPTMAN**, Respondent, v. **NEW YORK EDISON CO.**, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Mayer Hauptman, as administrator, etc., against the New York Edison Company. T. H. Beardsley, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent. No opinion. Judgment

and order reversed, with costs, unless plaintiff stipulate to reduce verdict to the sum of $3,000, in which event the judgment, as so reduced, and the order appealed from, are affirmed, without costs. Settle order on notice. See, also, 160 App. Div. 917, 145 N. Y. Supp. 696.